Martin Sabelli, State Bar No. 164772
Law Offices of Martin Sabelli
500 Liberty Street
San Francisco, CA 94114-2829
Telephone: (415) 298-8435

Attorney for Defendant GUINDI N. GUINDI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00655-JSW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO DISMISS AND TO EXONERATE BOND** |
| v. | ) | |
| GUINDI N. GUINDI, | ) | |
| Defendant. | ) | |

On March 7, 2009, defendant Guindi Guindi passed away as reflected in Exhibit A (Certificate of Vital Record, Montgomery County, Texas).

Good cause being stipulated between the parties,

IT IS HERBY ORDERED THAT:

The pending action be dismissed and the bond posted as security be exonerated and

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
No. CR 05-00655-JSW

all monies and properties by re-conveyed to the guarantors.

  IT IS SO STIPULATED.

Date:  March 24, 2009      _____/s/_____
                Martin Sabelli
                Counsel for Guindi N. Guindi

Date:  March 24, 2009      _____/s/_____
                Peter Axelrod
                Assistant United States Attorney

  SO ORDERED.

Date: March 30, 2009         _____
                The Honorable Jeffrey S. White
                United States District Judge

(Stamp: IT IS SO ORDERED — Judge Jeffrey S. White — United States District Court, Northern District of California)

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL
No. CR 05-00655-JSW

# CERTIFICATION OF VITAL RECORD

## MONTGOMERY COUNTY
Conroe, Texas

**STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER**

| Field | Value |
|---|---|
| 1. LEGAL NAME OF DECEASED | GUINDI NASSIF GUINDI |
| 2. DATE OF DEATH - ACTUAL OR PRESUMED | 03/07/2009 |
| 3. SEX | MALE |
| 4. DATE OF BIRTH | 01/28/1959 |
| 5. AGE-Last Birthday (Years) | 50 |
| 6. BIRTHPLACE | EGYPT |
| 7. SOCIAL SECURITY NUMBER | 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 |
| 8. MARITAL STATUS AT TIME OF DEATH | Married |
| 9. SURVIVING SPOUSE'S NAME | DEBRA RANDLE |
| 10a. RESIDENCE STREET ADDRESS | 131 NORTH CONCORD FOREST CIRCLE |
| 10c. CITY OR TOWN | THE WOODLANDS |
| 10d. COUNTY | MONTGOMERY |
| 10e. STATE | TEXAS |
| 10f. ZIP CODE | 77381 |
| 10g. INSIDE CITY LIMITS? | No |
| 11. FATHER'S NAME | NASSIF GUINDI BUKTOR |
| 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | MARGUERITE MICHEL TRAK |
| 13. PLACE OF DEATH | ER/Outpatient |
| 14. COUNTY OF DEATH | MONTGOMERY |
| 15. CITY/TOWN, ZIP CODE | PRECINCT 3, 77384 |
| 16. FACILITY NAME | ST LUKES COMMUNITY MEDICAL CENTER-THE WOODLANDS |
| 17. INFORMANT'S NAME & RELATIONSHIP | DEBRA GUINDI - WIFE |
| 18. MAILING ADDRESS OF INFORMANT | 131 NORTH CONCORD FOREST CIRCLE, THE WOODLANDS, TX 77381 |
| 19. METHOD OF DISPOSITION | Cremation |
| 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR | TONYE V. NELSON, BY ELECTRONIC SIGNATURE-11275 |
| 21. Section | Unknown |
| 22. PLACE OF DISPOSITION | BROOKSIDE CREMATORY |
| 23. LOCATION | HOUSTON, TX |
| 24. NAME OF FUNERAL FACILITY | FOREST PARK - THE WOODLANDS FUNERAL HOME |
| 25. COMPLETE ADDRESS OF FUNERAL FACILITY | 18000 IH-45 SOUTH, THE WOODLANDS, TX 77384 |
| 26. CERTIFIER | Medical Examiner/Justice of the Peace |
| 27. SIGNATURE OF CERTIFIER | Edie Connelly |
| 28. DATE CERTIFIED | 03/16/2009 |
| 30. TIME OF DEATH | 05:20 a.m. |
| 31. PRINTED NAME, ADDRESS OF CERTIFIER | Edie Connelly 1520 Lake Front Circle, The Woodlands, Texas 77380 |
| 32. TITLE OF CERTIFIER | Justice of the Peace |

**33. PART 1. CHAIN OF EVENTS**

a. IMMEDIATE CAUSE: pending investigation

**PART 2. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH** — (blank)

| Field | Value |
|---|---|
| 34. WAS AN AUTOPSY PERFORMED? | Yes |
| 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | No |
| 36. MANNER OF DEATH | Pending Investigation |
| 37. DID TOBACCO USE CONTRIBUTE TO DEATH? | (blank) |
| 42a. REGISTRAR FILE NO. | 01-0503-09 |
| 42b. DATE RECEIVED BY LOCAL REGISTRAR | 03-16-2009 |
| 42c. REGISTRAR | Mark Turnbull |

EDR 000000542121

DTP NO 3

VS-112 REV 1/2006

**291024**

This is to certify that this is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Sec. 191.051, Health and Safety Code.

DATE ISSUED 3-16-09

Mark Turnbull
County Clerk/Registrar

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE